1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   RAYMOND C. MARSHALL, Cal. Bar No. 83717
3  rmarshall@sheppardmullin.com
   SANDRA ZUNIGA NIERENBERG, Cal. Bar No. 250881
4  snierenberg@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:   415.434.9100
6  Facsimile:   415.434.3947

7  Attorneys for Non-Party
   WELLS FARGO & CO.
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                                          **IT IS SO ORDERED AS MODIFIED**

12  MOON MOUNTAIN FARMS, LLC,         Case No. 3:14-mc-80099-~~WHO~~ SC

13            Plaintiff,              Action pending in the United States
                                      District Court for the District of Arizona
14       v.                           (2:13-CV-00349-SRB)

15  RURAL COMMUNITY INSURANCE         **STIPULATION AND [~~PROPOSED~~]**
    COMPANY,                          **ORDER ENLARGING TIME FOR**
16                                    **BRIEFING AND HEARING DATE**
             Defendant.              **FOR PLAINTIFF'S MOTION TO**
17                                    **COMPEL COMPLIANCE WITH**
                                      **SUBPOENA AND MOTION TO**
18                                    **TRANSFER; SUPPORTING**
                                      **DECLARATION OF RAYMOND**
19                                    **MARSHALL**

20                                    **[Northern Dist. Local Rule 6-2, 7-12]**

21                                    Judge:  Hon. William H. Orrick
                                      Date:   June 4, 2014
22                                    Time:   2:00 PM
                                      Crtrm.: Courtroom 2, 17th Floor
23

24
         **STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS**
25
              Pursuant to Northern District of California Civil Local Rules 6-1(b),  6-2 and
26
   7-12, Plaintiff Moon Mountain Farms, LLC ("Plaintiff") and Non-party Wells Fargo & Co.
27
   ("Wells Fargo") (collectively the "Parties"), by and through their respective counsel,
28

SMRH:420804717.1                      *Stipulation and [PROPOSED] Order Enlarging Time;*
                                      *Declaration of Raymond C. Marshall*

1 | hereby stipulate to extend the briefing schedule and hearing date on Plaintiff's Motion to

2 | Compel Compliance with Subpoena and Motion to Transfer (the "Motions") as follows:

3 |       WHEREAS, the Parties who sign this Stipulation constitute all of the parties

4 | to this proceeding;

5 |       WHEREAS, on April 4, 2014, Plaintiff filed its Notice of Motion and

6 | Motion to Compel Compliance with Subpoena; Memorandum of Points and Authorities in

7 | Support Thereof and Motion to Transfer;

8 |       WHEREAS, currently Wells Fargo's Response is due by April 18, 2014,

9 | Plaintiff's Reply is due by April 25, 2014, and the Motions are set to be heard on June 4,

10 | 2014, at 2:00 PM;

11 |       WHEREAS, Sheppard Mullin Richter & Hampton ("Sheppard Mullin") was

12 | retained as local counsel for Wells Fargo for the purpose of responding to the Motions;

13 |       WHEREAS, Sheppard Mullin was provided with a copy of the Motions on

14 | April 8, 2014;

15 |       WHEREAS, Wells Fargo has requested an extension of time to oppose the

16 | Motions in order to provide counsel sufficient time to review the case files and respond to

17 | the Motions;

18 |       WHEREAS, Raymond Marshall, a partner at Sheppard Mullin and lead

19 | counsel for Wells Fargo, will be out of the country on June 4, 2014;

20 |       WHEREAS, the Parties met and conferred on April 9, 2014, and agree that

21 | this extension of time will not jeopardize the disposition of Plaintiff's Motions or the dates

22 | for the close of discovery, trial date and related deadlines of the underlying action, pending

23 | in the United States District Court for the District of Arizona (2:13-cv-00349-SRB);

24 |       THE PARTIES DO HEREBY AGREE AND STIPULATE to the following:

25 |       1. Non-party Wells Fargo shall have until Friday, May 2, 2014, to file its

26 | Response to Plaintiff's Motions;

27 |       2. Plaintiff shall have until Monday, May 12, 2014, to file its Reply in

28 | support of its Motions; and

-2-      Case No. 3:14-mc-80099-WHO

3.  The Motions shall be heard on ~~Wednesday, May 28, 2014, at 2:00 PM~~ Friday, May 30, 2014, at 10:00 AM in Courtroom 2¹ of this Court, or on the nearest date/time before or after that is convenient for the Court.

Dated:  April 11, 2014

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
RAYMOND C. MARSHALL

Attorneys for Non-Party
WELLS FARGO & CO.

Dated:  April 11, 2014

POLSINELLI PC

By _____
CARLYLE (CARY) W. HALL III

Attorneys for Plaintiff
Moon Mountain Farms, LLC

SMRH:420804717.1

Stipulation and [PROPOSED] Order Changing Briefing and Hearing Date of Plaintiff's Motion
to Compel; Declaration of Raymond C. Marshall in Support Thereof

1

## [~~PROPOSED~~] ORDER

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5   DATED: April __15__ , 2014

6

7

8

9

10



11   <u>**DECLARATION OF RAYMOND C. MARSHALL**</u>

12

13        I, Raymond C. Marshall, declare:

14        1.      I am an attorney duly admitted to practice before this Court.  I am a partner

15   with the law firm of Sheppard Mullin Richter & Hampton, LLP, counsel for Wells Fargo

16   in this matter.  I have personal knowledge of the facts set forth below.

17        2.      As set forth in the above Stipulation, Plaintiff Moon Mountain and Non-

18   party Wells Fargo have stipulated that Wells Fargo shall file its Response to Plaintiff's

19   Motions on or before May 2, 2014, and Plaintiff shall in turn file its Reply on the Motions

20   on or before May 12, 2014.

21        3.      Wells Fargo retained Sheppard Mullin as local counsel for the purpose of

22   responding to the Motions.  The extension of time for briefing is necessary because

23   Sheppard Mullin only received the Motions on April 8, 2014.  Sheppard Mullin received

24   additional case files relevant to the Motions on April 8 and 9, 2014.  The recency of these

25   events makes it extremely difficult for counsel to review the files and prepare its Response

26   prior to the currently-set April 18, 2014, deadline for filing its Response.

27        4.      Prior to being retained in this matter and prior to the filing of these Motions,

28   I long ago committed to travel plans for June 1-15, 2014, which would now be extremely

-4-

1  difficult and expensive to reschedule.  I will thus be out of the country on June 4, 2014, the

2  currently-set hearing date for the Motions.

3       5.    There have been no prior extensions in this current proceeding.  I am

4  unaware of whether there have been extensions in the underlying action pending in the

5  United States District Court for the District of Arizona.

6       6.    Plaintiff has agreed and represents that the stipulated dates will not adversely

7  affect the discovery or trial dates in the underlying action.

8       7.    I do not believe that the requested extension will have any significant impact

9  on the schedule for this proceeding or the underlying action.

10      I declare under penalty of perjury under the laws of the United States that the

11  foregoing is true and correct.

12      Executed on this 11th day of April, 2014, at San Francisco, California.

13

14                        By    _____

15                               RAYMOND C. MARSHALL

16

17

18

19

20

21

22

23

24

25

26

27

28