POLSINELLI LLP
Richard Giller (State Bar No. 117823)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 556-1801
Fas: (310) 556-1802
rgiller@polsinelli.com

Carlyle (Cary) W. Hall III (CA BAR NO. 184842)
chall@polsinelli.com
Troy B. Froderman (AZ State Bar No. #012717) (Admitted Pro Hac Vice)
tfroderman@polsinelli.com
**POLSINELLI PC**
CityScape
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

MOON MOUNTAIN FARMS, LLC,

Plaintiff,

vs.

RURAL COMMUNITY INSURANCE COMPANY,

Defendant.

Case No. 3:14-MC-80099-SC

Action pending in the United States District Court for the District of Arizona (2:13-CV-00349-SRB)

**~~[PROPOSED]~~ ORDER ON STIPULATION ENLARGING TIME FOR BRIEFING AND HEARING ON PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND MOTION TO TRANSFER; SUPPORTING DECLARATION OF TROY FRODERMAN**

**[Northern Dist. Local Rule 6-2, 7-12]**

Judge: Hon. Samuel Conti
Date: June 6, 2014
Time: 10:00 a.m.
Place: Courtroom 1. 17th Floor

**ORDER**

Pursuant to a stipulation dated May 14, 2014, entered into between Plaintiff Moon Mountain Farms, LLC ("Plaintiff") and Non-party Wells Fargo & Co. ("Wells Fargo") (collectively the "Parties"), by and through their respective counsel, agreeing to extend the briefing schedule and hearing date on Plaintiff's Motion to Compel Compliance with Subpoena and Motion to Transfer (the "Motions"), the Court orders as follows:

1. Non-party Wells Fargo shall have until Friday May 30, 2014, to file its Response to Plaintiff's Motions;

2. Plaintiff shall have until Friday, June 13, 2014, to file its Reply in support of its Motions; and

3. The Motions shall heard on Friday, July 11, 2014, at 10:00 AM in Courtroom 1 of this Court, or on the nearest date/time thereafter that is convenient for the Court.

IT IS SO ORDERED.

DATED: May 19, 2014




Hon. Samuel Conti
United States District Judge