Carlyle (Cary) W. Hall III (CA BAR NO. 184842)
chall@polsinelli.com
Troy B. Froderman (AZ BAR NO. 012717) (Admitted pro hac vice)
tfroderman@polsinelli.com
**POLSINELLI PC**
CityScape
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033

Richard Giller (CA BAR NO. 117823)
rgiller@polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Ste. 2300
Los Angeles, CA 90067
Phone:  (310) 556-1801
Fax:  (310) 556-1802

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| MOON MOUNTAIN FARMS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RURAL COMMUNITY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 3:14-MC-80099-SC<br><br>Action pending in the United States District Court for the District of Arizona (2:13-CV-00349-SRB)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL**<br><br>Judge:　Hon. Samuel Conti<br>Date:　　July 11, 2014<br>Time:　　10:00 a.m.<br>Place:　Courtroom 1. 17th Floor |

**STIPULATION TO EXTEND TIME TO FILE REPLY
IN SUPPORT OF MOTION TO COMPEL**

Pursuant to Northern District of California Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Moon Mountain Farms, LLC ("MMF") and Non-Party Wells Fargo &

1

1  Company ("Wells Fargo") (collectively the "Parties"), by and through their respective
2  counsel, hereby stipulate to extend MMF's Reply in Support of its Motion to Compel as
3  follows:
4      WHEREAS, the Parties who sign this Stipulation constitute all of the parties to
5  this proceeding;
6      WHEREAS, on April 4, 2014, MMF filed its Notice of Motion and Motion to
7  Compel Compliance with Subpoena;
8      WHEREAS, on May 30, 2014, Wells Fargo filed its Response to MMF's Motion
9  to Compel Compliance with Subpoena;
10     WHEREAS, currently MMF's Response was due Friday, June 13, 2014, and the
11 Motion is set to be heard on July 11, 2014, at 10:00 a.m.;
12     WHEREAS, the Parties conferred on June 15th and 16th regarding MMF's
13 request for a brief extension of time to file its Reply in Support of its Motion to Compel;
14     WHEREAS, the Parties agree to delaying MMF's Reply due to the unexpected
15 death of MMF counsel's near family member;
16     WHEREAS, the Parties agree that this extension of time will not jeopardize the
17 disposition of the Parties' pending motions or the dates for the close of discovery, trial
18 date and related deadlines of the underlying action, pending in the United States District
19 Court for the District of Arizona (2:13-cv-00349-SRB);
20     THE PARTIES DO HEREBY AGREE AND STIPULATE to the following:
21     1.    Plaintiff MMF shall have until Friday, June 20, 2014, to file its Reply in
22 Support of its Motion to Compel.
23 Dated:  June 17, 2014

                      Respectfully submitted,

                      POLSINELLI PC

                      By:  s/Troy B. Froderman
                         Troy B. Froderman

48250716.2

Dated: June 16, 2014

        Respectfully submitted,

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By:  s/Raymond C. Marshall (with permission)
             Raymond C. Marshall

3

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 17, 2014



4